UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM HOWARD WITKNOWSKI,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>STATE OF WASHINGTON ,<br><br>　　　　　　　　　Respondent. | CASE NO. 3:20-cv-05997-MJP-BAT<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The petition is dismissed with prejudice and issuance of a certificate of appealability is denied.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 4th day of December, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　United States Senior District Judge

ORDER OF DISMISSAL - 1